### KIMBROUGH *v.* KIMBROUGH.

*Simmons, C. J.*—1. Where a husband with his own money pur-
    chased and paid for a home, and deliberately and intentionally
    had the same conveyed to his wife, with no understanding or
    agreement that he was in any event to have an interest in the
    title, the transaction amounted to a gift from the husband to
    the wife, and as between them the property became absolutely
    her separate estate.
2. Where the husband and wife took joint possession of the prop-
    erty thus conveyed, and after they had lived together thereon
    for a time she was forced by mistreatment and cruelty on his
    part to leave the premises, and he remained in possession, he
    was in law her tenant at sufferance, and upon his refusing to
    surrender possession to her when so demanded, it was her right
    to sue out a dispossessory warrant for the purpose of ejecting
    him.                                      *Judgment affirmed.*

June 1, 1896. By two Justices. Argued at the last term.

Dispossessory warrant.    Before Judge Butt.    Muscogee
superior court.    May term, 1895.

*H. V. Hargett* and *J. H. Worrill*, for plaintiff in error.
*C. J. Thornton*, contra.